IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MICHAEL WINSTON, §
§
Plaintiff, §
§
§
§ CIVIL ACTION NO. 4:18-CV-4060
LIFE INSURANCE COMPANY §
OF NORTH AERICA, §
§
Defendant. §

## ORDER FOR DISMISSAL WITHOUT PREJUDICE

ON THIS, day, this Court considered the Motion of Plaintiff Michael Winston to dismiss all claims against Defendant Life Insurance Company of North America with prejudice and finds that the Motion is well taken. It is therefore:

ORDERED, ADJUDGED AND DECREED that Plaintiff Michael Wilson's Motion to Dismiss all claims against Defendant Life Insurance Company of North America without prejudice is GRANTED and all claims and causes of action by Plaintiff against Defendant are DISMISSED WITHOUT PREJUDICE.

No additional claims by any party are pending in this action against any party, and this dismissal order is a final judgment disposing of all claims in this action.

Cost of court and attorney's fees are to be borne by the party incurring same.

SIGNED this 10 day of Dec 2018

_____
UNITED STATES DISTRICT JUDGE